No. 718. BROOKS *v.* DEWAR ET AL. March 10, 1941. Petition for writ of certiorari to the Supreme Court of

Nevada granted. *Solicitor General Biddle* for petitioner. *Mr. William J. Donovan* for respondents. 